BENJAMIN B. WAGNER
United States Attorney
NIRAV K. DESAI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2716
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-00425 LKK |
| Plaintiff, | ORDER EXCLUDING TIME PERIODS UNDER THE SPEEDY TRIAL ACT |
| v. | |
| DAVID CERVANTES-SANCHEZ,<br>  aka Efrain Cervantes-Sanchez,<br>  aka David R. Sanchez,<br>  aka David Efrain Cervantes-Sanchez, | |
| Defendant. | |

On January 29, 2013, the parties appeared before the undersigned for a status conference regarding defendant's request for new counsel. The Court appointed new counsel, Dina Santos, Esq., and the parties requested that the matter be continued to February 20, 2013, for a status conference.

The parties have represented that Ms. Santos requires time to review the case materials and consult with defendant. On the basis of counsel's representations and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, IT IS HEREBY ORDERED that time from the January 29, 2013 status conference

1 | to and including the February 20, 2013 status conference shall be excluded from computation of time
2 | within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18
3 | U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow newly substituted defense counsel time to
4 | prepare.

IT IS SO ORDERED.

DATED:  February 13, 2013

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

/s/ Nirav K. Desai
_____
NIRAV K. DESAI
Assistant United States Attorney